# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JESSIE COLE YOUNGER, SR., #43903 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00016-ALM-AGD |
| | § | |
| SHERMAN POLICE DEPARTMENT, ET AL. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 31, 2026, the Report of the Magistrate Judge, (Dkt. #16), was entered containing proposed findings of fact and recommendation that this civil action be dismissed without prejudice for failure to prosecute.

Having received the Report of the United States Magistrate Judge, (Dkt. #16), and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action is **DISMISSED** without prejudice.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 16th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE